## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Carpenters Fringe Benefit Funds of Illinois, et al.

                                      Plaintiff,

v.                                             Case No.: 1:08−cv−01508
                                                Honorable Joan B. Gottschall

Edward MacDonald

                                      Defendant.


### NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, May 14, 2008:

      MINUTE entry before Judge Honorable Joan B. Gottschall: Case called for status hearing on 5/14/2008 and no one appeared. Plaintiff is required to appear at all scheduled status hearings. Failure to appear on 6/18/2008, will result in dismissal of this case of want of prosecution. Status hearing reset for 6/18/2008 at 09:30 AM.Mailed notice(rj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.