IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARPENTERS FRINGE BENEFIT ) <br> FUNDS OF ILLINOIS and ) <br> MICHAEL T. KUCHARSKI, as ) <br> Administrative Manager, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> EDWARD MACDONALD, individually ) <br> and d/b/a MACDONALD CONSTRUC- ) <br> TION SERVICES, INC., ) <br> ) <br> Defendant. ) | CIVIL ACTION <br><br> NO. 08 C 1508 <br><br> JUDGE JOAN B. GOTTSCHALL |

**MOTION FOR ENTRY OF DEFAULT, FOR AN ORDER DIRECTING
DEFENDANT TO TURN OVER MONTHLY FRINGE BENEFIT CONTRIBUTION
REPORTS AND FOR AN ORDER DIRECTING AN AUDIT**

NOW COME Plaintiffs, by their attorneys, and move for entry of default and for an order directing EDWARD MACDONALD, individually and d/b/a MACDONALD CONSTRUCTION SERVICES, INC., Defendant herein, to turn over monthly fringe benefit contribution reports due for the months of December 2007 through the present date, pursuant to the Agreements and Declarations of Trust to which Defendant is bound. Further, Plaintiffs move for an order directing an audit of the payroll books and records of Defendant, said Defendant having failed to answer or otherwise plead to the Complaint and the monthly contribution reports and audit being required in order to fully liquidate Plaintiffs' claims.

On March 22, 2008, the Summons and Complaint was served on the Defendant (by tendering a copy of said documents to his wife, Susan MacDonald) at his residence (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on

April 11, 2008.  As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default.

                                               /s/   Patrick N. Ryan


Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\CarpsJ\Macdonald Construction\2008\motion.pnr.df.wpd

**CERTIFICATE OF SERVICE**

       The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 22nd day of May 2008:

> Mr. Edward MacDonald
> MacDonald Constrution Services, Inc.
> 308 Oakleaf Road
> Lake in the Hills, IL   60156

                                  /s/   Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\CarpsJ\Macdonald Construction\2008\motion.pnr.df.wpd

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CARPENTERS FRINGE BENEFIT FUNDS
OF ILLINOIS, et al.

V.

EDWARD MACDONALD, individually and
d/b/a MACDONALD CONSTRUCTION
SERVICES, INC.

CASE NUMBER: **08 C 1508**

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE GOTTSCHALL
MAGISTRATE JUDGE NOLAN**

TO: (Name and address of Defendant)

Edward Macdonald
308 Oakleaf Road
Lake in the Hills, IL   60156

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick N. Ryan
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL   60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within   **Twenty (20)**   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____
**(By) DEPUTY CLERK**

**March 14, 2008**
_____
Date

State of Illinois

General No.: 08C1508

County of USDC CHICAGO

## AFFIDAVIT OF SERVICE

DOREEN WARNER deposes and says that he/she is a licensed or registered employee of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of Chapter 735, Code of Civil Procedure Section 5/2-202, Illinois Compiled Statutes, to serve process in the above cause, and that the defendant was served in the following manner:

On 3/22/2008 at 7:47:00 PM by leaving a true and correct copy of the attached SUMMONS and COMPLAINT on MacDonald, Edward as shown below:

Substitute service was made by leaving a true and correct copy of the SUMMONS and COMPLAINT, at the usual place of abode of MacDonald, Edward with a person residing therein, to wit Susan MacDonald, wife, a person of the age of 13 years or upwards, who was informed of the contents thereof.

Said service was effected at 308 Oakleaf Rd., Lake In The Hills, IL 60156

Furthermore, I caused to be mailed, first class postage fully prepaid, a copy of the SUMMONS and COMPLAINT in a sealed envelope addressed to MacDonald, Edward, 308 Oakleaf Rd., Lake In The Hills, IL 60156

Description of Person Served: Sex: F　Height: 507　Weight: 130　Race: W　Age: 33ish

Additional or Other Information:

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

_3-24-08_
Dated

_Doreen Warner_
DOREEN WARNER
117-000192