IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS FRINGE BENEFIT<br>FUNDS OF ILLINOIS and<br>MICHAEL T. KUCHARSKI, as<br>Administrative Manager, | )<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | CIVIL ACTION |
| vs. | )<br>)<br>) | NO. 08 C 1508 |
| EDWARD MACDONALD, individually<br>and d/b/a MACDONALD CONSTRUC-<br>TION SERVICES, INC., | )<br>)<br>)<br>)<br>) | JUDGE JOAN B. GOTTSCHALL |
| Defendant. | ) | |

### NOTICE OF MOTION

TO:    Mr. Edward MacDonald
        MacDonald Construction Services, Inc.
        308 Oakleaf Road
        Lake in the Hills, IL   60156

YOU ARE HEREBY NOTIFIED that on **Thursday**, the **29th** day of **May 2008** at **9:30 a.m.**, or as soon thereafter as counsel can be heard, we shall appear before the Honorable Joan B. Gottschall, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 2325, 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiffs' Motion for an Order Directing Defendant to Turn Over Monthly Fringe Benefit Contribution Reports and for an Audit. A copy of said motion is hereby served upon you.

                                              /s/   Patrick N. Ryan

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Notice of Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 22nd day of May 2008:

    Mr. Edward MacDonald
    MacDonald Constrution Services, Inc.
    308 Oakleaf Road
    Lake in the Hills, IL   60156


        /s/   Patrick N. Ryan


Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\CarpsJ\Macdonald Construction\2008\notice of motion.pnr.df.wpd