IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS and MICHAEL T. KUCHARSKI, as Administrative Manager, | ) ) ) ) | |
| | ) | CIVIL ACTION |
| Plaintiffs, | ) ) | NO. 08 C 1508 |
| vs. | ) ) | JUDGE JOAN B. GOTTSCHALL |
| EDWARD MACDONALD, individually and d/b/a MACDONALD CONSTRUC- TION SERVICES, INC., | ) ) ) ) | |
| Defendant. | ) | |

## AFFIDAVIT

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS. |
| COUNTY OF KANE | ) |

DEBORAH L. FRENCH, being first duly sworn upon her oath, deposes and states:

1.    I am the Collections Department Manager for the Carpenters Fringe Benefit Funds of Illinois and in such capacity, I have knowledge of the matters hereinafter set forth and if called as a witness in the instant proceedings I am competent to testify in respect thereto.

2.    Among my responsibilities and duties, I am charged with keeping and maintaining records of contributions received by the Plaintiffs from participating employers, maintain individual records on each person, firm, and corporation required to make contributions to the Plaintiffs Funds, receive and record contributions reports made by such persons, firms or

Carpenters Fringe Benefit Funds v. Edward MacDonald
Civil Action No. 08 C 1508

corporations, and have under my supervision and direction all books, records, documents and papers

relating to such Plaintiffs Funds, and have been delegated the authority by all other Plaintiffs to

coordinate and supervise the recovery of delinquent employer contributions on their behalf, receiving

thereby access to all necessary information.

        3.      I have examined the account of Defendant, EDWARD MACDONALD,

individually and d/b/a MACDONALD CONSTRUCTION SERVICES, INC., in the above-entitled

action, and state that said, Defendant:

        a.      Is required to submit monthly contribution reports for December 2007 through the present date, accompanied by payment of fringe benefit contributions, under the terms of a written agreement specifying and describing such obligation;

        b.      Has failed to submit to Plaintiffs the monthly contribution reports and contributions required of it for the months of December 2007 through the present date, despite notification from this office to said Defendant of such delinquency.

        4.      Because of the Defendant's failure to submit the required monthly contribution

reports for December 2007 through the present date, I am unable to determine the amounts, if any,

that may be due and owing to Plaintiffs.

        5.      In my capacity as Collections Department Manager, I have become familiar

with the administration of multi-employer fringe benefit funds, and that the custom and usage in

maintaining such funds is to require an audit of the payroll books and records of employers required

to file contribution reports, in order to determine contributions due such funds.

        6.      Absent the performance of a full and complete audit, as requested, Plaintiffs

have no alternative means by which they can determine with the degree of accuracy required of them

2

Carpenters Fringe Benefit Funds v. Edward MacDonald
Civil Action No. 08 C 1508

by law, the actual contributions which Defendant is required to have made to Plaintiffs and which

it has failed to make.

       7.     I make this Affidavit in support of the application of Plaintiffs for an order

directing Defendant to turn over its monthly fringe benefit contribution reports for December 2007

through the present date and for an order requiring a full and complete audit of the payroll books and

records of Defendant, for the time period June 1, 2005 through the present date, and request that this

Court consider it as proof in support of the allegations contained in the Complaint and such other

facts as herein set forth.

       FURTHER AFFIANT SAYETH NOT.


_____
              DEBORAH L. FRENCH


SUBSCRIBED AND SWORN to
before me this _19th_
day of May 2008.

_____
    NOTARY PUBLIC

OFFICIAL SEAL
MICHAEL E PIEKLO
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/27/10

I:\CarpsJ\Macdonald Construction\2008\french affidavit.pnr.df.wpd

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Affidavit of Deborah L. French) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 22nd day of May 2008:

> Mr. Edward MacDonald
> MacDonald Constrution Services, Inc.
> 308 Oakleaf Road
> Lake in the Hills, IL   60156

/s/   Patrick N. Ryan _____

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\CarpsJ\Macdonald Construction\2008\french affidavit.pnr.df.wpd