# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1508 | **DATE** | 5/29/2008 |
| **CASE TITLE** | CARPENTERS FRINGE BENEFIT FUNDS vs. EDWARD MACDONALD | | |

**DOCKET ENTRY TEXT**

Enter order. MOTION by Plaintiffs Carpenters Fringe Benefit Funds of Illinois, Michael T Kucharski for entry of default, MOTION by Plaintiffs Carpenters Fringe Benefit Funds of Illinois, Michael T Kucharski for order directing defendant to turn over monthly fringe benefit contribution reports and for an order directing an audit [11] is granted.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | TP |
|---|---|---|