IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 08 C 1508 |
| EDWARD MACDONALD, individually and d/b/a MACDONALD CONSTRUC-TION SERVICES, INC., | ) ) ) ) | JUDGE JOAN B. GOTTSCHALL |
| Defendant. | ) | |

## PLAINTIFFS' MOTION FOR AN ORDER SETTING A HEARING ON A RULE TO SHOW CAUSE

NOW COME Plaintiffs, CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, *et al.*, by their attorneys, and move this Court for the entry of an Order to set a hearing on a rule to show cause why EDWARD MACDONALD, individually and d/b/a MACDONALD CONSTRUCTION SERVICES, INC., should not be held in contempt of Court for failure to comply with the Court's Order of May 29, 2008.  Attached in support of this Motion is the Affidavit of Patrick N. Ryan.

/s/   Patrick N. Ryan

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion for an Order Setting a Hearing on a Rule to Show Cause) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 6th day of August 2008:

Mr. Edward MacDonald
MacDonald Constrution Services, Inc.
308 Oakleaf Road
Lake in the Hills, IL   60156


/s/   Patrick N. Ryan                                    


Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\CarpsJ\Macdonald Construction\2008\motion-rule.pnr.df.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS FRINGE BENEFIT | ) | |
| FUNDS OF ILLINOIS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 08 C 1508 |
| | ) | |
| EDWARD MACDONALD, individually | ) | JUDGE JOAN B. GOTTSCHALL |
| and d/b/a MACDONALD CONSTRUC- | ) | |
| TION SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**<u>AFFIDAVIT</u>**

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS. |
| COUNTY OF COOK | ) |

PATRICK N. RYAN, being first duly sworn upon oath, deposes and states as follows:

1.  I am one of the attorneys for the Plaintiffs in the above-captioned action.

2.  On May 29, 2008, this Court entered an Order requiring the Defendant to submit to an audit of its payroll books and records for the time period June 1, 2005 through June 30, 2007, within 30 days of the entry of said Order.  In addition, the Order required Defendant to submit to Plaintiffs its monthly fringe benefit contribution reports for December 2007 forward (a copy of the Order entered May 29, 2008 is attached hereto as Exhibit A).

3.  On June 2, 2008, I wrote to the Defendant and informed the Defendant of the entry of the Order on May 29, 2008 and enclosed a copy of the Order.  I informed Defendant of the documents required by Plaintiffs' auditors, which were to be produced by June 30, 2008.  I also

informed Defendant that the monthly fringe benefit contribution reports for December 2007 forward were due by June 13, 2008 (a copy of the correspondence dated June 2, 2008 is attached hereto as Exhibit B).

4.      On June 11, 2008, I spoke with Defendant.   Subsequent to that telephone conversation, on June 13, 2008, I sent a letter to Susan MacDonald, via facsimile, confirming the June 11 telephone conversation and advised her that the company was required to submit its completed contribution report forms for July 2006, March 2008 and April 2008 and all contributions and liquidated damages due thereon, contributions and liquidate damages totaling $9,293.43 for December 2007 and January 2008, liquidated damages and interest totaling $5,088.98 due as of April 30, 2008, attorneys' fees and costs totaling $1,252.50 as of May 31, 2008, and the documents required to complete an audit, pursuant to the Court's Order entered May 29, 2008 (a copy of the correspondence dated June 13, 2008 and facsimile confirmation sheet is attached hereto as Exhibit C).

5.      On June 20, 2008, I sent a letter to Susan MacDonald, via facsimile, enclosing a copy of the Court's Notification of Docket Entry entered on June 18, 2008 setting a status hearing for July 23, 2008 at 9:30 a.m.    I also confirmed my understanding that she was gathering the required contribution reports and audit documents required pursuant to the Court's Order entered on May 29, 2008 (a copy of the correspondence dated June 20, 2008 and facsimile confirmation sheet is attached hereto as Exhibit D).

6.      On July 14, 2008, I sent a letter to Edward and Susan MacDonald, via facsimile, confirming various voice mail messages exchanged between the parties during the prior two weeks and that I had not yet received the required contribution reports and audit documents required

2

pursuant to the June 13, 2008 letter and the Court's Order entered May 29, 2008.  I advised that the reports and audit documents were required prior to the next court hearing scheduled for July 23, 2008 or contempt proceedings would be pursued.  I also advised Edward and Susan MacDonald that I was pursuing a claim against MacDonald Construction Services, Inc.'s wage and welfare bond (a copy of the correspondence dated July 14, 2008 and facsimile confirmation sheet is attached hereto as Exhibit E).

7.       On July 23, 2008, I sent a letter to Susan MacDonald, via facsimile, confirming receipt of various audit documents received via facsimile.  I advised Susan MacDonald that the audit documents were forwarded to Plaintiffs' auditors for review and that the court set another status hearing for September 3, 2008 at 9:30 a.m.  I also advised Susan MacDonald that the company's July 2006, May 2008 and June 2008 contribution reports were still needed and that $28,700.55 was due for contributions, liquidated damages, interest, attorneys' fees and costs (a copy of the correspondence dated July 23, 2008 and facsimile confirmation sheet is attached hereto as Exhibit F).       8.       On July 29, 2008, I sent a letter to Susan MacDonald, via facsimile, enclosing a copy of the Court's Notification of Docket Entry entered on July 23, 2008 setting a status hearing for September 3, 2008 at 9:30 a.m.     I also confirmed that Plaintiffs' auditors required additional documentation to complete the required audit and that the company still failed to submit its contribution reports for July 2006, May 2008 and June 2008.  I requested that reports and audit documentation be submitted within seven days, or I would pursue contempt proceedings (a copy of the correspondence dated July 29, 2008 and facsimile confirmation sheet is attached hereto as Exhibit G).

9.      Defendant has failed to comply with the Court's Order entered on May 29, 2008, requiring an audit of Defendant's payroll books and records for the time period June 1, 2005 through June 30, 2007 and submission of fringe benefit contribution reports for December 2007 forward.

10.     I make this Affidavit in support of the Plaintiffs' Motion for an Order Setting a Hearing on a Rule to Show Cause.

FURTHER AFFIANT SAYETH NOT.


/s/   Patrick N. Ryan



SUBSCRIBED AND SWORN TO
before me this 6th
day of August 2008.


/s/   Deborah A. Farrell
          NOTARY PUBLIC

I:\CarpsJ\Macdonald Construction\2008\affidavit of patrick n ryan-rule.pnr.df.wpd

# EXHIBIT A

Order Form (01/2005)

MHN

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1508 | **DATE** | 5/29/2008 |
| **CASE TITLE** | CARPENTERS FRINGE BENEFIT FUNDS vs. EDWARD MACDONALD | | |

**DOCKET ENTRY TEXT**

Enter order. MOTION by Plaintiffs Carpenters Fringe Benefit Funds of Illinois, Michael T Kucharski for entry of default, MOTION by Plaintiffs Carpenters Fringe Benefit Funds of Illinois, Michael T Kucharski for order directing defendant to turn over monthly fringe benefit contribution reports and for an order directing an audit [11] is granted.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | | Courtroom Deputy Initials: | TP |
|---|---|---|---|

*MHN*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

CARPENTERS FRINGE BENEFIT  )
FUNDS OF ILLINOIS and        )
MICHAEL T. KUCHARSKI, as     )
Administrative Manager,      )
                             )      CIVIL ACTION
        Plaintiffs,      )
                             )      NO. 08 C 1508
vs.                          )
                             )      JUDGE JOAN B. GOTTSCHALL
EDWARD MACDONALD, individually )
and d/b/a MACDONALD CONSTRUC- )
TION SERVICES, INC.,         )
                             )
        Defendant.       )

### ORDER

This matter coming on to be heard upon the Motion of Plaintiffs, by their counsel,

it appearing to the Court that the Defendant, EDWARD MACDONALD, individually and d/b/a

MACDONALD CONSTRUCTION SERVICES, INC., having been regularly served with process

and having failed to appear, plead or otherwise defend, and default of said Defendant having been

taken, the Court, first being fully advised in the premises and upon further evidence submitted

herewith, FINDS:

    1.    It has jurisdiction of the subject matter herein and of the parties hereto.

    2.    The Defendant is bound by the terms of the collective bargaining agreement

referred to in the Complaint of Plaintiffs.

    3.    The Defendant is obligated to make contributions to each of the Plaintiff

Funds in accordance with collective bargaining agreement.

4. The Defendant is bound by all the terms and conditions set forth in the Agreements and Declarations of Trust governing the Plaintiff Funds.

5. Pursuant to such Agreements and Declarations of Trust, Defendant is required to submit monthly contribution reports to the Plaintiffs that indicate all employees of the Defendant covered by the collective bargaining agreement referred to in the Complaint, and the number of hours worked or paid for pursuant to the terms of the collective bargaining agreement referred to herein.

6. Defendant has failed to submit its monthly fringe benefit contribution reports for the months of December 2007 through the present date.

7. Pursuant to such Agreement and Declaration of Trust, Plaintiffs are entitled to examine the payroll books and records of an Employer required to make contributions to the Plaintiff Funds.

8. Such audits are to be made and conducted by the accountants of the Plaintiff Funds.

9. Defendant has failed to produce to Plaintiffs' auditors all documents required to complete the audit examination.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED:

A. That Defendant submit its monthly fringe benefit contribution reports for the months of December 2007 through the present date, within fourteen (14) days of the entry of this Order.

B. That Defendant make available to the accounting firm of Bansley and Kiener, LLP, Accountants for the Plaintiff Funds, within thirty (30) days of the entry of this Order, its payroll books and records covering the period June 1, 2005 through June 30, 2007, for which it is found that

2

contributions are required to be made, and that an account be taken as to all employees of the

Defendant covered by the collective bargaining agreement referred to in the Complaint of the

Plaintiffs, as to wages received and hours worked, and determination be made of amount due

Plaintiffs.

    C.  The Court hereby retains jurisdiction of this cause and all of the parties hereto

for the purpose of enforcing this Order and entering judgment against Defendant.

          ENTER:

          UNITED STATES DISTRICT JUDGE

DATED: May 29 2008

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\Carpal\Macdonald Construction\2008\order.par.df.wpd

3

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that he caused a copy of the foregoing document (Order) to be served upon:

Mr. Edward MacDonald
MacDonald Constrution Services, Inc.
308 Oakleaf Road
Lake in the Hills, IL   60156

by U.S. Mail on or before the hour of 5:00 p.m. this 22nd day of May 2008.


/s/   Patrick N. Ryan


Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\Carpa\J\Macdonald Construction\2008\order.per.df.wpd

# EXHIBIT B

## BAUM SIGMAN AUERBACH & NEUMAN, LTD.
**Attorneys and Counsellors**



200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
312.236.4316
Fax 312.236.0241

**Patrick N. Ryan**

E-mail Address:
pryan@baumsigman.com

June 2, 2008

Mr. Edward MacDonald
MacDonald Construction Services, Inc.
308 Oakleaf Road
Lake in the Hills, IL   60156

     Re: Carpenters Fringe Benefit Funds of Illinois, *et al.*
        v. Edward MacDonald, individually and
        d/b/a MacDonald Construction Services, Inc.
        Civil Action No.  08 C 1508
        Our File No. 20774

Dear Mr. MacDonald:

On May 29, 2008, Judge Gottschall granted the Funds' Motion for Default and to compel you to produce delinquent reports and documents needed to complete the audit (copy of Order enclosed). The Funds need your reports for the months of December 2007 forward.  As for the documents needed to complete the audit, the Funds need the following documents:

- 2005 2nd, 3rd, and 4th quarter Forms 941 and IL UI-3/40 (state unemployment forms);
- 2006 1st, 2nd, 3rd, and 4th quarter Forms 941 and IL UI-3/40;
- 2006 W2's and W3's;
- 2006 1099's (if any);
- 2007 1st and 2nd quarter Forms 941 and IL UI-3/40; and
- Copies of all monthly Union contribution reports for the period of June 2005 through June 2007.

Pursuant to the Court's Order, reports are due in my office by June 13th and the audit documents must be produced by June 30, 2008.  Once we have these documents, we will advise you of the total amounts due to the Funds and can discuss possible repayment options.

In the meantime, if you have any questions, please do not hesitate to contact me.

        Very truly yours,

        **BAUM SIGMAN AUERBACH & NEUMAN, LTD.**

        Patrick N. Ryan

PNR/mgp
Enclosure
cc: Debbie French
I:\Carps\J\Macdonald Construction\2008\macdonald 06-01-08.pnr.mgp.wpd

# EXHIBIT C

# BAUM SIGMAN AUERBACH & NEUMAN, LTD.
Attorneys and Counsellors

200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
312.236.4316
Fax 312.236.0241

June 13, 2008

**Patrick N. Ryan**

E-mail Address:
pryan@baumsigman.com

<u>**VIA FACSIMILE (847) 854-2928**</u>
Ms. Susan MacDonald
MacDonald Construction Services, Inc.
308 Oakleaf Road
Lake in the Hills, IL  60156

>        Re:    Carpenters Fringe Benefit Funds of Illinois, *et al.*
>               v. Edward MacDonald, individually and
>               d/b/a MacDonald Construction Services, Inc.
>               Civil Action No.  08 C 1508
>               Our File No. 20774

Dear Ms. MacDonald:

This letter is to follow up on my conversation on June 11th with Ed, and your fax from today.   In order to resolve the pending lawsuit, we will need the following:

1.      MacDonald's completed contribution report forms for the months of July 2006, March 2008, and April 2008, and any contributions and liquidated damages due thereon.

2.      The contributions and liquidated damages due based on the reports received for the months of December 2007 and January 2008 (contributions total $8,448.57, liquidated damages total $844.86).

3.      Liquidated damages and interest for contributions previously reported and paid late totaling $5,088.98 (amount due as of April 30, 2008).

4.      To complete the audit, the following documents:
        •     2005 2nd, 3rd, and 4th quarter Forms 941 and IL UI-3/40 (state unemploy-ment forms);
        •     2006 1st, 2nd, 3rd, and 4th quarter Forms 941 and IL UI-3/40;
        •     2006 W2's and W3's;
        •     2006 1099's (if any);
        •     2007 1st and 2nd quarter Forms 941 and IL UI-3/40; and
        •     Copies of all monthly Union contribution reports for the period of June 2005 through June 2007.

5.      The Funds' costs and attorneys' fees incurred in this litigation, which total $1,252.50 as of May 31, 2008.

# BAUM SIGMAN AUERBACH & NEUMAN, LTD.

Attorneys and Counsellors



Ms. Susan MacDonald
June 13, 2008
Page 2

I am enclosing a copy of the Court Order entered on May 29, 2008 directing MacDonald Construction to turn over the reports and audit documents identified above. After you have an opportunity to review my letter, please call me to advise as to when I will receive the reports and audit documents needed, and to discuss payment of the amounts due.

Thank you for your assistance with this matter. Please call if you have any questions.

Very truly yours,

BAUM SIGMAN AUERBACH & NEUMAN, LTD.

Patrick N. Ryan

PNR/mgp
Enclosure
(also sent via regular mail)
cc:    Debbie French
I:\CarpsJ\Macdonald Construction\2008\macdonald 06-13-08.pnr.mgp.wpd

Order Form (01/2005)

*MHW*

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1508 | **DATE** | 5/29/2008 |
| **CASE TITLE** | CARPENTERS FRINGE BENEFIT FUNDS vs. EDWARD MACDONALD | | |

### DOCKET ENTRY TEXT

Enter order. MOTION by Plaintiffs Carpenters Fringe Benefit Funds of Illinois, Michael T Kucharski for entry of default, MOTION by Plaintiffs Carpenters Fringe Benefit Funds of Illinois, Michael T Kucharski for order directing defendant to turn over monthly fringe benefit contribution reports and for an order directing an audit [11] is granted.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | TP |
|---|---|---|



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

CARPENTERS FRINGE BENEFIT )
FUNDS OF ILLINOIS and )
MICHAEL T. KUCHARSKI, as )
Administrative Manager, )
                 )    **CIVIL ACTION**
       Plaintiffs, )
                 )    **NO. 08 C 1508**
   vs. )
                 )    **JUDGE JOAN B. GOTTSCHALL**
EDWARD MACDONALD, individually )
and d/b/a MACDONALD CONSTRUC- )
TION SERVICES, INC., )
                 )
       Defendant. )

## ORDER

        This matter coming on to be heard upon the Motion of Plaintiffs, by their counsel,

it appearing to the Court that the Defendant, EDWARD MACDONALD, individually and d/b/a

MACDONALD CONSTRUCTION SERVICES, INC., having been regularly served with process

and having failed to appear, plead or otherwise defend, and default of said Defendant having been

taken, the Court, first being fully advised in the premises and upon further evidence submitted

herewith, FINDS:

                1.     It has jurisdiction of the subject matter herein and of the parties hereto.

                2.     The Defendant is bound by the terms of the collective bargaining agreement

referred to in the Complaint of Plaintiffs.

                3.     The Defendant is obligated to make contributions to each of the Plaintiff

Funds in accordance with collective bargaining agreement.

4.      The Defendant is bound by all the terms and conditions set forth in the Agreements and Declarations of Trust governing the Plaintiff Funds.

5.      Pursuant to such Agreements and Declarations of Trust, Defendant is required to submit monthly contribution reports to the Plaintiffs that indicate all employees of the Defendant covered by the collective bargaining agreement referred to in the Complaint, and the number of hours worked or paid for pursuant to the terms of the collective bargaining agreement referred to herein.

6.      Defendant has failed to submit its monthly fringe benefit contribution reports for the months of December 2007 through the present date.

7.      Pursuant to such Agreement and Declaration of Trust, Plaintiffs are entitled to examine the payroll books and records of an Employer required to make contributions to the Plaintiff Funds.

8.      Such audits are to be made and conducted by the accountants of the Plaintiff Funds.

9.      Defendant has failed to produce to Plaintiffs' auditors all documents required to complete the audit examination.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED:

A.      That Defendant submit its monthly fringe benefit contribution reports for the months of December 2007 through the present date, within fourteen (14) days of the entry of this Order.

B.      That Defendant make available to the accounting firm of Bansley and Kiener, LLP, Accountants for the Plaintiff Funds, within thirty (30) days of the entry of this Order, its payroll books and records covering the period June 1, 2005 through June 30, 2007, for which it is found that

2

contributions are required to be made, and that an account be taken as to all employees of the

Defendant covered by the collective bargaining agreement referred to in the Complaint of the

Plaintiffs, as to wages received and hours worked, and determination be made of amount due

Plaintiffs.

        C.     The Court hereby retains jurisdiction of this cause and all of the parties hereto

for the purpose of enforcing this Order and entering judgment against Defendant.

ENTER:

_____

UNITED STATES DISTRICT JUDGE

DATED: _May 27 2008_____

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\Carps\Macdonald Construction\2008\order.par.df.wpd

3

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that he caused a copy of the foregoing document (Order) to be served upon:

>Mr. Edward MacDonald
>MacDonald Constrution Services, Inc.
>308 Oakleaf Road
>Lake in the Hills, IL   60156

by U.S. Mail on or before the hour of 5:00 p.m. this 22nd day of May 2008.


/s/   Patrick N. Ryan


Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\Carps\Macdonald Construction\2008\order.per.df.wpd

Confirmation Report — Memory Send

Page       : 001
Date & Time: 06-13-08   02:40pm
Line 1     : 3122360241
Machine ID : Baum Sigman

| | | |
|---|---|---|
| Job number | : | 814 |
| Date | : | 06-13  02:38pm |
| To | : | ☎18478542928 |
| Number of pages | : | 008 |
| Start time | : | 06-13  02:38pm |
| End time | : | 06-13  02:40pm |
| Pages sent | : | 008 |
| Status | : | OK |
| Job number | : 814 | *** SEND SUCCESSFUL *** |

# FAX COVER SHEET

June 13, 2008

**TO**
Susan MacDonald

**FAX**       (847) 854-2928

**SUBJECT**
Carpenters Fringe Benefit Funds of Illinois,
*et al.* v. Edward MacDonald, Individually
and d/b/a MacDonald Construction
Services, Inc.
Civil Action No.  08 C 1508

**FROM**
Patrick N. Ryan
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
TEL 312/236-4316
FAX 312/236-0241

**PAGES**
8, including this cover sheet

**COMMENTS**

**CONFIDENTIALITY NOTICE**

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege.  The information is intended only for the use of the individual or entity named above.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited.  If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.

**IF YOU DID NOT RECEIVE ALL PAGES, PLEASE CALL OUR OFFICE**

# EXHIBIT D

# BAUM SIGMAN AUERBACH & NEUMAN, LTD.
**Attorneys and Counsellors**

200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
312.236.4316
Fax 312.236.0241

June 20, 2008

**Patrick N. Ryan**

E-mail Address:
pryan@baumsigman.com

<u>**VIA FACSIMILE (847) 854-2928**</u>
Ms. Susan MacDonald
MacDonald Construction Services, Inc.
308 Oakleaf Road
Lake in the Hills, IL   60156

Re:   Carpenters Fringe Benefit Funds of Illinois, *et al.*
v. Edward MacDonald, individually and
d/b/a MacDonald Construction Services, Inc.
Civil Action No.  08 C 1508
Our File No. 20774

Dear Ms. MacDonald:

Enclosed please find a copy of the Order entered by Judge Gottschall setting a status hearing for July 23, 2008 at 9:30 a.m.  I understand that you are currently working to provide the reports and audit documents needed in order to bring this matter to a resolution.  Once I receive that information, I will be in touch with you to discuss the total amounts due and the possibility of repayment arrangements.

If you have any questions in the meantime, please do not hesitate to contact me.

Very truly yours,

**BAUM SIGMAN AUERBACH & NEUMAN, LTD.**

Patrick N. Ryan

PNR/mgp
Enclosure
(also sent via regular mail)
cc:     Debbie French
I:\CarpsJ\Macdonald Construction\2008\macdonald 06-20-08.pnr.mgp.wpd

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Carpenters Fringe Benefit Funds of Illinois, et al.

                                          Plaintiff,

v.

                                          Case No.: 1:08−cv−01508

Edward MacDonald

                                          Honorable Joan B. Gottschall

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 18, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall:Status hearing held on 6/18/2008. ( Status hearing set for 7/23/2008 at 09:30 AM.) Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

Confirmation Report — Memory Send

Page      : 001
Date & Time: 06-20-08   01:55pm
Line 1    : 3122360241
Machine ID : Baum Sigman

| | | |
|---|---|---|
| Job number | : | 959 |
| Date | : | 06-20  01:54pm |
| To | : | ☎18478542928 |
| Number of pages | : | 003 |
| Start time | : | 06-20  01:54pm |
| End time | : | 06-20  01:55pm |
| Pages sent | : | 003 |
| Status | : | OK |

Job number   : 959          *** SEND SUCCESSFUL ***

# FAX COVER SHEET

June 20, 2008

**TO**
Susan MacDonald

**FROM**
Patrick N. Ryan
**BAUM SIGMAN AUERBACH & NEUMAN, LTD.**
TEL 312/236-4316
FAX 312/236-0241

**FAX**      (847) 854-2928

**SUBJECT**
Carpenters Fringe Benefit Funds of Illinois,
*et al.* v. Edward MacDonald, individually
and d/b/a MacDonald Construction
Services, Inc.
Civil Action No.  08 C 1508

**PAGES**
3, including this cover sheet

**COMMENTS**

**CONFIDENTIALITY NOTICE**

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.

**IF YOU DID NOT RECEIVE ALL PAGES, PLEASE CALL OUR OFFICE**

# EXHIBIT E



BAUM SIGMAN AUERBACH & NEUMAN, LTD.
Attorneys and Counsellors

200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
312.236.4316
Fax 312.236.0241

July 14, 2008

**Patrick N. Ryan**

E-mail Address:
pryan@baumsigman.com

**VIA FACSIMILE (847) 854-2928**
Edward and Susan MacDonald
MacDonald Construction Services, Inc.
308 Oakleaf Road
Lake in the Hills, IL   60156

Re:   Carpenters Fringe Benefit Funds of Illinois, *et al.*
v. Edward MacDonald, individually and
d/b/a MacDonald Construction Services, Inc.
Civil Action No.  08 C 1508
Our File No. 20774

Dear Ed and Susan:

This letter is to follow up on the voice mail messages we have exchanged over the past few weeks. To date, I have not received the reports and documents requested in my letter of June 13, 2008 (a copy of which is attached).   Your company was ordered to produce this information by Judge Gottschall in the above-referenced case.  A copy of that Order is also attached.  It is imperative that I receive this information as soon as possible so that we can bring this matter to a resolution. Accordingly, if I do not receive all delinquent reports and documents needed to complete the audit before the next Court hearing on July 23rd, I will have to commence contempt proceedings.

In addition, I filed a claim on MacDonald's wage and welfare bond.  If we do not obtain all delinquent reports, all documents needed to complete the audit, and work out acceptable repayment arrangements for any amounts due, I will have to pursue the bond claim.

After you review this letter, please contact me to let me know when I can expect the reports and audit documents.  Thank you for your assistance with this matter.  Please call if you have any questions.

Very truly yours,

BAUM SIGMAN AUERBACH & NEUMAN, LTD.

Patrick N. Ryan

PNR/mgp
Enclosures
(also sent via regular mail)
cc:    Debbie French
I:\Carps\Macdonald Construction\2008\macdonald 07-14-08.pnr.mgp.wpd

## Confirmation Report — Memory Send

```
                                    Page      : 001
                                    Date & Time: 07-14-08   12:20pm
                                    Line 1    : 3122360241
                                    Machine ID : Baum Sigman
```

| | | |
|---|---|---|
| Job number | : | 378 |
| Date | : | 07-14   12:15pm |
| To | : | ☎18478542928 |
| Number of pages | : | 015 |
| Start time | : | 07-14   12:15pm |
| End time | : | 07-14   12:20pm |
| Pages sent | : | 015 |
| Status | : | OK |

Job number     : 378                    *** SEND SUCCESSFUL ***

---

# FAX COVER SHEET

July 14, 2008

**TO**
Edward and Susan MacDonald

**FAX**     (847) 854-2928

**SUBJECT**
Carpenters Fringe Benefit Funds of Illinois,
et al. v. Edward MacDonald, individually
and d/b/a MacDonald Construction
Services, Inc.
Civil Action No. 08 C 1508

**COMMENTS**

**FROM**
Patrick N. Ryan
**BAUM SIGMAN AUERBACH & NEUMAN, LTD.**
TEL 312/236-4316
FAX 312/236-0241

**PAGES**
15, including this cover sheet

---

**CONFIDENTIALITY NOTICE**

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.

**IF YOU DID NOT RECEIVE ALL PAGES, PLEASE CALL OUR OFFICE**

# EXHIBIT F

# BAUM SIGMAN AUERBACH & NEUMAN, LTD.

### Attorneys and Counsellors



200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
312.236.4316
Fax 312.236.0241

**Patrick N. Ryan**

July 23, 2008

E-mail Address:
pryan@baumsigman.com

**VIA FACSIMILE (847) 854-2928**
Ms. Susan MacDonald
MacDonald Construction Services, Inc.
308 Oakleaf Road
Lake in the Hills, IL   60156

    Re:  Carpenters Fringe Benefit Funds of Illinois, *et al.*
        v. Edward MacDonald, individually and
        d/b/a MacDonald Construction Services, Inc.
        Civil Action No. 08 C 1508
        Our File No. 20774

Dear Susan:

I received several faxes from you of documents requested by the Funds' auditors to complete the
audit. I have forwarded those documents to the auditor, and will advise you once I hear back on
whether the documents are sufficient to complete the audit. I advised the court today that I received
those documents, and that we needed time to review them. Accordingly, the court set a new status
date for September 3, 2008 at 9:30 a.m.

In addition to completing the audit, we need to resolve the status of MacDonald's current
delinquency. Specifically, the Fund Office still needs MacDonald's reports for the months of July
2006, and May and June 2008. Please fax me copies of these reports within seven (7) days of the
date of this letter. If the reports are not received in that time, I will have to commence contempt
proceedings.

Based on the reports received to date, MacDonald owes the Funds contributions of $19,087.51,
liquidated damages of $7,730.54, and costs and attorneys fees of $1,882.50 (as of June 30, 2008),
for a total of $28,700.55. Once we have the missing reports identified above, I will advise you of
the total due, and we can discuss the possibility of a repayment plan.

Thank you for your attention to this matter.

        Very truly yours,

        **BAUM SIGMAN AUERBACH & NEUMAN, LTD.**

        Patrick N. Ryan

PNR/mgp
(also sent via regular mail)
cc:  Debbie French

            I:\CarpsJ\Macdonald Construction\2008\macdonald 07-23-08.pnr.mgp.wpd

Confirmation Report — Memory Send

```
                                    Page      : 001
                                    Date & Time: 07-23-08   12:11pm
                                    Line 1    : 3122360241
                                    Machine ID : Baum Sigman
```

| | | |
|---|---|---|
| Job number | : | 624 |
| Date | : | 07-23  12:10pm |
| To | : | ☎18478542928 |
| Number of pages | : | 002 |
| Start time | : | 07-23  12:10pm |
| End time | : | 07-23  12:11pm |
| Pages sent | : | 002 |
| Status | : | OK |

Job number     : 624              *** SEND SUCCESSFUL ***

# FAX COVER SHEET

July 23, 2008

**TO**
Susan MacDonald

**FAX**      (847) 854-2928

**SUBJECT**
Carpenters Fringe Benefit Funds of Illinois,
*et al.* v. Edward MacDonald, individually
and d/b/a MacDonald Construction
Services, Inc.
Civil Action No.  08 C 1508

**FROM**
Patrick N. Ryan
  BAUM SIGMAN AUERBACH & NEUMAN, LTD.
  TEL 312/236-4316
  FAX 312/236-0241

**PAGES**
2, including this cover sheet

**COMMENTS**

**CONFIDENTIALITY NOTICE**
This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.

**IF YOU DID NOT RECEIVE ALL PAGES, PLEASE CALL OUR OFFICE**

# EXHIBIT G

**BAUM SIGMAN AUERBACH & NEUMAN, LTD.**
Attorneys and Counsellors

200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
312.236.4316
Fax 312.236.0241

**Patrick N. Ryan**

July 29, 2008

E-mail Address:
pryan@baumsigman.com

**VIA FACSIMILE (847) 854-2928**

Ms. Susan MacDonald
MacDonald Construction Services, Inc.
308 Oakleaf Road
Lake in the Hills, IL   60156

      Re:   Carpenters Fringe Benefit Funds of Illinois, *et al.*
         v. Edward MacDonald, individually and
         d/b/a MacDonald Construction Services, Inc.
         Civil Action No.  08 C 1508
         Our File No. 20774

Dear Susan:

Enclosed for your records is a copy of the Order entered by Judge Gottschall setting the next status hearing date in the above referenced case for September 3, 2008.

I forwarded the documents you submitted by fax to the auditor for review.  I am advised that the auditor still needs MacDonald's quarterly unemployment filings (Form UI-3/40) for the second quarter of 2005 through the second quarter of 2007, along with copies of the reports you filed with the Chicago Laborers Fringe Benefit Funds, and any other Funds to which MacDonald contributes (besides the Carpenters), for June 2005 through June 2007.

As of today, we also still need MacDonald's completed reports (for the Geneva Funds) for the months of July 2006 and May and June of 2008.

Please be sure I have all documents needed to complete the audit, and all missing reports within seven (7) days of the date of this letter.  If this information is not received in that time, I will have to pursue contempt proceedings, and continue with the Funds' claim against MacDonald's wage and welfare bond.

Thank you for your attention to this matter.  Please call if you have any questions.

        Very truly yours,

        **BAUM SIGMAN AUERBACH & NEUMAN, LTD.**

        Patrick N. Ryan

PNR/mgp
Enclosure
(also sent via regular mail)
cc:  Debbie French
    Jim Sanew

I:\CarpsJ\Macdonald Construction\2008\macdonald 07-29-08.pnr.mgp.wpd

Case 1:08-cv-01508    Document 17    Filed 07/23/2008    Page 1 of 1

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Carpenters Fringe Benefit Funds of Illinois, et al.

                          Plaintiff,

v.                                           Case No.: 1:08−cv−01508

                                           Honorable Joan B. Gottschall

Edward MacDonald

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 23, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall:Status hearing held on 7/23/2008. ( Status hearing set for 9/3/2008 at 09:30 AM.) Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

Confirmation Report — Memory Send

```
                                          Page      : 001
                                          Date & Time: 07-29-08   01:49pm
                                          Line 1    : 3122360241
                                          Machine ID : Baum Sigman
```

| | | |
|---|---|---|
| Job number | : | 719 |
| Date | : | 07-29  01:48pm |
| To | : ☎ | 18478542928 |
| Number of pages | : | 003 |
| Start time | : | 07-29  01:48pm |
| End time | : | 07-29  01:49pm |
| Pages sent | : | 003 |
| Status | : | OK |

Job number    : 719              *** SEND SUCCESSFUL ***

---

# FAX COVER SHEET

July 29, 2008

**TO**
Susan MacDonald

**FROM**
Patrick N. Ryan
  BAUM SIGMAN AUERBACH & NEUMAN, LTD.
    TEL 312/236-4316
    FAX 312/236-0241

**FAX**    (847) 854-2928

**SUBJECT**
Carpenters Fringe Benefit Funds of Illinois,
et al. v. Edward MacDonald, individually
and d/b/a MacDonald Construction
Services, Inc.
Civil Action No.  08 C 1508

**PAGES**
3, Including this cover sheet

**COMMENTS**

---

**CONFIDENTIALITY NOTICE**

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.

**IF YOU DID NOT RECEIVE ALL PAGES, PLEASE CALL OUR OFFICE**