IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS and MICHAEL T. KUCHARSKI, as Administrative Manager, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) ) | NO. 08 C 1508 |
| EDWARD MACDONALD, individually and d/b/a MACDONALD CONSTRUCTION SERVICES, INC., | ) ) ) ) | JUDGE JOAN B. GOTTSCHALL |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:  Mr. Edward MacDonald
MacDonald Construction Services, Inc.
308 Oakleaf Road
Lake in the Hills, IL   60156

YOU ARE HEREBY NOTIFIED that on **Thursday**, the **14th** day of **August 2008** at **9:30 a.m.**, or as soon thereafter as counsel can be heard, we shall appear before the Honorable Joan B. Gottschall, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 2325, 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiffs' Motion for an Order Setting a Hearing on a Rule to Show Cause.  A copy of said motion is hereby served upon you.

/s/   Patrick N. Ryan

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Notice of Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 6th day of August 2008:

                Mr. Edward MacDonald
                MacDonald Constrution Services, Inc.
                308 Oakleaf Road
                Lake in the Hills, IL   60156

                /s/   Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\CarpsJ\Macdonald Construction\2008\notice of motion-rule.pnr.df.wpd