Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1508 | **DATE** | 8/14/2008 |
| **CASE TITLE** | Carpenters Fringe Benefit Funds of IL vs. MacDonald, et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiffs' motion for an order setting a hearing on a rule to show cause [18] is granted. Enter Order. Status hearing set for 9/3/2008 is stricken and reset to 9/25/2008 at 9:30AM. It is hereby ordered that Edward MacDonald appear before this court on 9/25/2008 at 9:30AM to show cause why he should not be held in contempt of court for failure to comply with the court's order of May 29, 2008.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | RJ |
|---|---|---|