

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, *et al.*, | ) ) ) |
| Plaintiffs, | ) CIVIL ACTION ) |
| vs. | ) NO. 08 C 1508 ) |
| EDWARD MACDONALD, individually and d/b/a MACDONALD CONSTRUCTION SERVICES, INC., | ) JUDGE JOAN B. GOTTSCHALL ) ) ) |
| Defendant. | ) |

## ORDER

THIS MATTER, coming on to be heard upon Motion of Plaintiffs herein, by their attorneys, it appearing to the Court that the Defendant has failed to comply with the Court's Order of May 29, 2008 directing Defendant to turn over monthly fringe benefit contribution reports for December 2007 forward and directing an audit of Defendant's payroll books and records for the time period June 1, 2005 through June 30, 2007;

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED:

That EDWARD MACDONALD appear before this Court on Sept 25 , 2008 at 9:30 a.m., in Courtroom 2325, to show cause why he should not be held in contempt of Court for failure to comply with the Court's Order of May 29, 2008.

ENTER:

DATED: 8/14/08

_____
UNITED STATES DISTRICT JUDGE

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\CarpsJ\Macdonald Construction\2008\order-rule.pnr.df.wpd